UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
DEC -4 2025 12:54 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-197 |
| Plaintiff, | JUDGE Judge Sargus |
| vs. | INDICTMENT |
| DUSTIN RAMIREZ MARTINEZ, | 21 U.S.C. § 841(a)(1) |
| Defendant. | 21 U.S.C. § 841(b)(1)(B)(vi) |

THE GRAND JURY CHARGES:

### COUNT ONE
(Distribution of 40 Grams or More of Fentanyl)

On or about June 6, 2025, in the Southern District of Ohio, the defendant, **DUSTIN RAMIREZ MARTINEZ,** did knowingly, intentionally and unlawfully distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).

A TRUE BILL.

s/
FOREPERSON

**DOMINICK S. GERACE II**
United States Attorney

_____
**KEVIN W. KELLEY**
Assistant U.S. Attorney