UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:25-cr-197

**Dustin Ramirez Martinez**

## COURTROOM MINUTES

| Judge: | Chelsey M. Vascura | Date and Time: | 12/5/2025 2:24pm |
|---|---|---|---|
| Deputy Clerk: | Allie Moran | Counsel for Govt: | Sheila Lafferty |
| Record: | CourtSmart | Counsel for Deft(s). | Soma Dutta |
| Interpreter: | | Pretrial/Probation | Tiara Turner |

Initial Appearance

-Dft appeared and was advised of rights, charges, and potential penalties
-Financial Affidavit submitted, Federal Public Defender Soma Dutta appointed
-Detention Hearing set for December 9, 2025 at 2pm before Judge Deavers
-Defendant remanded to custody of USMS